**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

FRANKLYN M. GEIGER,            :    No. 11 WM 2020

         Petitioner          :

        v.               :

WARREN COUNTY COURT OF COMMON    :
PLEAS,                         :

         Respondent      :

## ORDER

**PER CURIAM**

     **AND NOW,** this 20th day of April, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus/Extraordinary Relief is DENIED.